IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21143
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

$2,659.00 (TWO THOUSAND SIX HUNDRED
FIFTY-NINE DOLLARS AND NO/100 IN UNITED
STATES CURRENCY); ET AL,

Defendants,

ABIODUN MABINOURI,

Claimant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CV-1462
--------------------
June 13, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Abiodun Mabinouri appeals the default judgment of forfeiture entered by the district court in this matter. Mabinouri argues that he timely filed a claim and answer to the forfeiture complaint. He also argues that he has met his burden of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

demonstrating an interest in the seized property sufficient to give him standing to contest the forfeiture.  We discern no error in the district court's determination that no proper claims were filed in response to the Government's forfeiture complaint.  <u>See</u> FED. R. CIV. P. SUPP. RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS C(6).  Accordingly, the judgment of the district court is AFFIRMED.